IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HAROLD B. WILSON,<br><br>          Plaintiff,<br><br>vs.<br><br>MICHELLE WILHELM, Warden, all in official & personal capacity; CHELSEA TRUBRSLY, Ast. Director of NSN, all in official & personal capacity; DR. DEAL, Chief Medical Officer DCS, all in official & personal capacity; and ROBERT MADSEN, Last Director of DCS, all in official & personal capacity,<br><br>          Defendants. | 8:20CV387<br><br>**MEMORANDUM AND ORDER** |

      This matter is before the court on its own motion. On March 15, 2021, the court's Memorandum and Order on initial review was returned to the court as undeliverable. (Filing 11.) On March 16, 2021, the court ordered Plaintiff to apprise the court of his current address, in the absence of which this matter would be dismissed without prejudice and without further notice. (Filing 12.) The court's order has been returned to the court by the United States Postal Service as undeliverable with no forwarding address. (Filing 13.)

      IT IS THEREFORE ORDERED that Plaintiff's claims against Defendants are dismissed without prejudice, and judgment shall be entered by separate document.

      DATED this 23rd day of March, 2021.

                                                BY THE COURT:

                                                *Richard G. Kopf*
                                                Richard G. Kopf
                                                Senior United States District Judge